UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Matthew Henry Collanzo</u>

        v.                         Civil No. 10-cv-9-JL

<u>NH State Prison, Warden</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Justo Arenas dated January 29, 2010, no objection having been filed.

SO ORDERED.

February 18, 2010

_____
Joseph N. Laplante
United States District Judge

cc:    Matthew Henry Collanzo, pro se